UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: 17-cr-20706-01

v.        HON. TERRENCE G. BERG
        United States District Judge

D-1 PEDRO MCLINA RAMIREZ,
    a/k/a/ Jeovani Gastelum
    a/k/a "Chapo"
        Defendant.

---

### GOVERNMENT'S MOTION TO CORRECT DOCKET AND PREVIOUSLY FILED PLEADINGS

---

1.    In 2016, law enforcement in the Eastern District of Michigan began investigating the defendant, whose name law enforcement believed at the time, was "Pedro McLina Ramirez". During the investigation, law enforcement learned that the defendant also went by the names "Jeovani Gastelum" and "Chapo".

2.    On October 24, a grand jury indicted the defendant for violations of 21 U.S.C. §§ 841(a)(1) and 846. The indictment identified the defendant as PEDRO MCLINA RAMIREZ and identified that the defendant was also known as "Jeovani Gastelum" and "Chapo". (R.1: Indictment, 1-5).

3. At his guilty plea hearing on August 9, 2019, the defendant stated under oath that his true name is "Jeovani Gastelum Valensuela", and that he has never used the name Pedro McLina Ramirez.

4. Law enforcement has reviewed multiple records including California investigation reports pertaining to the defendant and wiretap material obtained by California law enforcement. After reviewing this material, agents in charge of the investigation in this district believe that the defendant's true government name is "Jeovani Gastelum Valensuela".

5. Agents believe that the name "Pedro McLina Ramirez" was initially attributed to the defendant as a result of a prior investigation in California.

6. As required by Eastern District of Michigan Local Rule 7.1(a), the government has contacted defense counsel, explained the nature and basis for this motion, and requested concurrence. Defense counsel concurs with the government's motion.

WHEREFORE, the government respectfully requests that the Court issue an order correcting the docket and any previously filed documents to reflect the defendant's name as "Jeovani Gastelum Valensuela".

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney


*/s/ Mark Bilkovic*
MARK BILKOVIC (P48855)
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9623
mark.bilkovic@usdoj.gov
P48855

Dated: February 11, 2020

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

THE UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: 17-cr-20706-01

v.        HON. TERRENCE G. BERG
        United States District Judge

D-1 PEDRO MCLINA RAMIREZ,
    a/k/a/ Jeovani Gastelum
    a/k/a "Chapo"
        Defendant.

---

## ORDER CORRECTING DOCKET AND PREVIOUSLY FILED PLEADINGS

---

Upon this Court's consideration of the government's motion to correct docket and previously filed pleadings:

(1) The Clerk of the Court shall amend the docket changing the name of the defendant from Pedro McLina Ramirez to Jeovani Gastelum Valensuela.

(2) While the Clerk of the Court cannot amend all previously filed pleadings changing the name of the defendant from Pedro McLina Ramirez to Jeovani Gastelum Valensuela, the Court will construe previously-filed documents as bearing the corrected name.

**IT IS SO ORDERED**.

                                           /s/Terrence G. Berg_____
                                           Hon. Terrence G. Berg
                                           United States District Judge

Entered: February 20, 2020